UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVE T. SUMNER IV,

        Plaintiff,

    v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

        Defendant.

CASE NO. C12-5565 BHS

ORDER DENYING PLAINTIFF'S MOTIONS

This matter comes before the Court on Plaintiff David T. Sumner IV's ("Sumner") relief by motions (Dkt. 14), motion to deny affirmative defenses (Dkt. 24), and motion to proceed (Dkt. 20).

Sumner's relief by motions and motion to proceed are completely without merit and are therefore **DENIED**. With regard to Sumner's motion to deny Defendant's affirmative defenses, Sumner fails to include a short and plain statement showing that he is entitled to the relief sought. Fed. R. Civ. P. 8(a)(2). Therefore, the Court also **DENIES** Sumner's motion to deny the affirmative defenses.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER