UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVE T. SUMNER IV, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C12-5565 BHS <br><br> ORDER TO SHOW CAUSE |

On September 4, 2012, the Court entered a Minute Order setting January 2, 2013, as the deadline for the filing of a Joint Status Report. Dkt. 18. That date was subsequently stayed for a period of time. On April 5, 2013, the Court warned the parties that they may face dismissal for noncompliance with the deadlines set in Dkt. 18. To date, the parties have not responded.

The parties are directed to SHOW CAUSE IN WRITING why this action should not be DISMISSED pursuant to Local Rule GR 3(d).

ORDER - 1

1  This case may be dismissed without further notice to the parties on May 15, 2013,
2  unless the parties file the required Joint Status Report or otherwise show good cause, in
3  writing, before that date.

4  Dated this 1st day of May, 2013.

```
                              _____
                              BENJAMIN H. SETTLE
                              United States District Judge
```